ROTHLEUTNER *v.* BATEMAN.

BECK, J. 1. All applications for continuances are addressed to the sound discretion of the court. And it not appearing that the discretion of the trial court in refusing a continuance in the instant case was abused, the exception to the denial of a new trial because of such refusal is without merit.

2. As is recognized by the plaintiff in error and shown by the bill of ex-

ceptions, the adverse ruling upon the motion for a continuance is controlling; and that ruling having been sustained, the judgment of the court below is

　　　*Affirmed. All the Justices concur, except Fish, C. J., absent.*
　　　　　　　SEPTEMBER 17, 1915.

Action for damages. Before Judge Ellis. Fulton superior court. June 26, 1914.

*Anderson & Anderson* and *P. B. D'Orr,* for plaintiff.
*George Westmoreland,* for defendant.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
　　　　　　　SEPTEMBER 17, 1915.